BROOKHAVEN GARDENS, INC., Respondent, *v.* DAVID KATZ, Appellant.

Supreme Court, Appellate Term, First Department, October 27, 1947.

*Leo Brown* and *Robert H. Schaffer* for appellant.

*Michael M. Platzman* for respondent.

*Per Curiam.* It is not disputed that plaintiff's camp was operated without the permit required by chapter VII of the State Sanitary Code (Official Compilation of Codes, Rules and

Regulations of State of New York, Vol. 2, p. 858 *et seq.*), adopted pursuant to section 2-b of the Public Health Law for the protection of the public health. It may not, therefore, recover on the contract made with defendant.

Order reversed, with $10 costs, and motion granted.

McLaughlin, Eder and Hecht, Jr., JJ., concur.

Order reversed, etc.